IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTAN J. KIMBROUGH, | 8:20CV262 |
| Plaintiff, | |
| vs. | ORDER |
| A. HOGAN III, Omaha Police Officer, #2263; MICHAEL J. MEYER, Omaha Police Officer, #1307; JOHATHAN B. GORDEN, Omaha Police Officer, #1927; and CHRISTOPHER S. MILLER, Omaha Police Officer, #2272; | |
| Defendants. | |

IT IS ORDERED:

1. Plaintiff's motion to dismiss (Filing No. 9) is granted pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and this action is dismissed without prejudice.

2. Judgment shall be entered by separate document.

Dated this 22nd day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge