IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

QUINTAN J. KIMBROUGH,

               Plaintiff,

    vs.

A. HOGAN III, Omaha Police Officer, #2263;
MICHAEL J. MEYER, Omaha Police Officer,
#1307; JOHATHAN B. GORDEN, Omaha
Police Officer, #1927; and CHRISTOPHER
S. MILLER, Omaha Police Officer, #2272;

               Defendants.

**8:20CV262**


**ORDER**

       This matter is before the Court on what the Court has docketed as a Motion for Subpoena filed by Plaintiff Quintan J. Kimbrough. Filing No. 16. This matter was dismissed without prejudice on September 22, 2020, pursuant to Plaintiff's motion to dismiss, Filing No. 9, pursuant to Fed. R. Civ. P. 41(a). Filing No. 10; Filing No. 11. As this matter is closed, the Court will not facilitate any discovery sought by Plaintiff.[1]

       IT IS THEREFORE ORDERED that: Plaintiff's Motion for Subpoena, Filing No. 16, is denied.

       Dated this 1st day of May, 2023.

                        BY THE COURT:

                        Joseph F. Bataillon
                        Senior United States District Judge

---

[1] The Court notes Plaintiff filed an action against the same Defendants in this case on February 17, 2023, which is currently pending the Court's initial review. *See Kimbrough v. Hogan et al*, 8:23-cv-00064-JFB-PRSE (D. Neb.). Should that matter proceed to service of process after initial review, Plaintiff may seek discovery in compliance with Federal and local rules in that case.